UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JACKSON, KAFILAT A | ) | CASE NO. 04 B 40828 |
| | ) | |
| Debtor(s) | ) | HON. PAMELA S. HOLLIS |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE PAMELA S. HOLLIS
      BANKRUPTCY JUDGE

NOW COMES Phillip D. Levey, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on November 3, 2004. Phillip D. Levey was appointed Trustee on November 3, 2004. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $2,000.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of July 17, 2007 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $ 111,072.52 |
| b. | DISBURSEMENTS (See Exhibit C) | | $ 63,045.49 |
| c. | NET CASH available for distribution | | $48,027.03 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $8,416.13 |
| | 2. | Trustee Expenses (See Exhibit E) | $73.33 |
| | 3. | Compensation requested by | |

|   |   |   |
|---|---|---|
|   | attorney or other professionals for trustee (See Exhibit F) |   |
|   | (a.) Phillip D. Levey Attorney For Trustee Fees (Trustee Firm) | $9,880.00 |

5. The Bar Date for filing unsecured claims expired on May 19, 2005.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $18,369.46 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $118,618.25 |
| f. | Surplus to Debtor | $0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 32.00% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $9,880.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $9,880.00.

9. A fee of $750.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

DATE: 7-17-07

RESPECTFULLY SUBMITTED

_____
SIGNATURE

Phillip D. Levey
TRUSTEE NAME

2722 North Racine Avenue
Chicago, IL  60614
ADDRESS

## TASKS PERFORMED BY TRUSTEE

See Attached Trustee's Time Sheet.

**EXHIBIT A**

Professional Services

|  |  | Hours | Amount |
|---|---|---:|---:|
| **Asset Analysis & Recovery** | | | |
| 12/17/2004 | Preliminary research and analysis of data on Chicago Association of Realtors database re market value of debtor's interest in real estate, ownership of same, encumbrances re same and PIN re same. | 1.90 | 617.50 |
| 12/20/2004 | Search of Cook County Recorder's records re encumbrances and ownership re debtors' house. | 1.30 | 422.50 |
| 1/4/2005 | Exterior inspection of real estate and surrounding neighborhood. | 2.00 | 650.00 |
| 1/18/2005 | Teleconference with attorney Alice Short's paralegal and Kafilat Jackson re access to real estate in connection with survey of same. | 0.30 | 97.50 |
| | SUBTOTAL: | [ 5.50 | 1,787.50] |
| **Asset Disposition** | | | |
| 5/6/2007 | Teleconferences and meetings with realtor Fred Stark re listing, marketing and sale of real estate throughout case. (Estimated) | 3.50 | 1,137.50 |
| | SUBTOTAL: | [ 3.50 | 1,137.50] |
| **Banking** | | | |
| 5/6/2007 | Opening of estate bank accounts, obtaining FEIN for estate, preparation and assembly of bank deposits, issuing of checks in payment of administrative expenses and monthly review and reconciliation of bank statements through close of case. (Estimated) | 2.50 | 812.50 |
| | SUBTOTAL: | [ 2.50 | 812.50] |
| **Case Administration** | | | |
| 5/6/2007 | Compliance activities including preparation and assembly of interim reports as required by Office of U.S. Trustee as well as compliance with bonding requirements through close of case and maintenance of accounting records re same. (Estimated) | 3.00 | 975.00 |
| | Maintenance of estate accounting records through close of case. (Estimated) | 2.00 | 650.00 |
| | SUBTOTAL: | [ 5.00 | 1,625.00] |

|  |  | Page | 2 |
|---|---|---:|---:|
|  |  | Hours | Amount |

### Claims Administration & Objections

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 5/31/2005 | Download of Clerk's Notice Fixing Time for Filing Claims and Certificate of Service re same. Download of claims from PACER, review of claims on register and initial contacts with claimants. | 1.20 | 390.00 |
| 5/6/2007 | Respond to inquiries from claimants re status of bankruptcy through close of case. (Estimated) | 1.00 | 325.00 |
| | SUBTOTAL: | [ 2.20 | 715.00] |

### Dividend Distribution

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 5/6/2007 | Revision of proposed distribution in accordance with Court's Order re Final Report. Distribution of dividends to holders of allowed claims. (Estimated) | 0.50 | 162.50 |
| | SUBTOTAL: | [ 0.50 | 162.50] |

### Fee/Employment Applications

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 7/11/2007 | Preparation and assembly of Trustee's Time Sheet. | 1.50 | 487.50 |
| 7/17/2007 | Court re hearing on Fonal Report. (Estimated) | 0.50 | 162.50 |
| | SUBTOTAL: | [ 2.00 | 650.00] |

### Final Account

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 5/6/2007 | Following distribution of dividends to claimants, review of bank statements and canceled checks to insure proper payment of dividends and necessity for payment of unclaimed dividends to Clerk of Court including investigation re current addresses of claimants, if necessary, which were unable to be delivered to addresses listed on proofs of claim. Payment of unclaimed dividends to Clerk of Court. (Estimated) | 2.00 | 650.00 |
| | Preparation and assembly of Trustee's Final Account and Form 4. Close file for storage. (Estimated) | 1.50 | 487.50 |
| | SUBTOTAL: | [ 3.50 | 1,137.50] |

### Final Report

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 5/1/2007 | Preparation and assembly of Trustee's Final Report. | 1.50 | 487.50 |

Page  3

|  |  | Hours | Amount |
|---|---|---|---|
| 5/3/2007 | Preparation and assembly of Trustee's Final Report. | 2.00 | 650.00 |
| 5/5/2007 | Preparation and assembly of Trustee's Final Report. | 1.50 | 487.50 |
| 5/6/2007 | Preparation and assembly of Trustee's Final Report. | 1.00 | 325.00 |
|  | SUBTOTAL: | [ 6.00 | 1,950.00] |

First Meeting of Creditors

|  |  | Hours | Amount |
|---|---|---|---|
| 12/1/2004 | Review of Debtor's Schedules and Statement of Affairs. Input case into computer system and open file. Preparation for first meeting of creditors. | 0.40 | 130.00 |
| 12/6/2004 | Examination of Debtors at first meeting of creditors | 0.30 | 97.50 |
|  | SUBTOTAL: | [ 0.70 | 227.50] |
|  | For professional services rendered | 31.40 | $10,205.00 |
|  | Balance due |  | $10,205.00 |

## DISPOSITION OF ESTATE PROPERTY

See attached Forms 1 and 2.

| | |
|---|---:|
| TOTAL RECEIPTS | $55,611.57 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $2,000.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $41,100.00 |

EXHIBIT B

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 04-40828 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
| Case Name: | JACKSON, KAFILAT A | | | | Date Filed (f) or Converted (c): | 11/03/04 (f) |
| | | | | | 341(a) Meeting Date: | 12/06/04 |
| For Period Ending: 07/17/07 | | | | | Claims Bar Date: | 05/19/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 828 E. 87TH PLACE, CHICAGO, Il | 40,000.00 | 69,536.00 | | 110,250.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. BANK ACCOUNT | 50.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 3. HOUSEHOLD FURNISHINGS | 600.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 4. SAVINGS ACCOUNT | 250.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 5. WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 6. ACCOUNTS RECEIVABLE | 900.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 822.52 | Unknown |

TOTALS (Excluding Unknown Values)   $ 42,000.00   $ 69,536.00   $ 111,072.52

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/01/05    Current Projected Date of Final Report (TFR): 08/31/07

LFORM1    Ver: 12.10a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 04-40828 -PSH |
| --- | --- |
| Case Name: | JACKSON, KAFILAT A |
| Taxpayer ID No: | *******6972 |
| For Period Ending: | 07/17/07 |

| Trustee Name: | Phillip D. Levey |
| --- | --- |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******7004  Money Market |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/02/05 | 1 | CHICAGO TITLE COMPANY | SALE OF REAL ESTATE | | 54,539.05 | | 54,539.05 |
| | | CHICAGO TITLE COMPANY | Memo Amount: 110,000.00 SALE OF REAL ESTATE | 1110-000 | | | |
| | | CENTURY 21 KMIECIK | Memo Amount: ( 6,600.00 ) COMMISSION ON SALE OF REAL ESTATE | 3510-000 | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount: ( 794.50 ) Title Insurance Charges | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount: ( 194.00 ) Recording and Transfer Charges | 2500-000 | | | |
| | | LANDMARK ENGINEERING | Memo Amount: ( 270.00 ) Survey | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount: ( 310.00 ) Water Bill | 2500-000 | | | |
| | | DATA PEST CONTROL | Memo Amount: ( 70.00 ) Termite Inspection | 2500-000 | | | |
| | | COUNTRYWIDE HOME LOANS | Memo Amount: ( 34,134.48 ) Mortgage Pay-Off | 4110-000 | | | |
| | | JACKSON, KAFILAT | Memo Amount: ( 7,500.00 ) Homestead Exemption | 8100-002 | | | |
| | | WASHINGTON, SEAN | Memo Amount: ( 3,600.00 ) Buyer Closing Credits | 2500-000 | | | |
| | | CITY OF CHICAGO | Memo Amount: ( 335.86 ) Past Due Water Bill | 2500-000 | | | |
| | | QUICK & FAST PROCESS | Memo Amount: ( 215.00 ) Zoning Certification | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount: ( 1,437.11 ) Real Estate Tax Prorations | 2500-000 | | | |
| 07/21/05 | 000101 | ABIODUN SHEKONI | PAYMENT IN FULL OF CLAIM NO. 10 FILED BY ABIODUN SHEKONI FOR HOMESTEAD | 8100-002 | | 7,500.00 | 47,039.05 |
| 07/29/05 | 7 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 8.64 | | 47,047.69 |

Page Subtotals  54,547.69  7,500.00

Ver: 12.10a
FORM24

Case 04-40828   Doc 34   Filed 08/08/07   Entered 08/08/07 12:13:29   Desc Main
Document   Page 11 of 17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 04-40828 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | JACKSON, KAFILAT A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7004 Money Market |
| Taxpayer ID No: | *******6972 | | | |
| For Period Ending: | 07/17/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/15/05 | 1 | CHICAGO TITLE & TRUST COMPANY | REFUND OF TITLE INDEMNITY RE WATER | 1110-000 | 250.00 | | 47,297.69 |
| 08/31/05 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 24.02 | | 47,321.71 |
| 09/30/05 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 23.34 | | 47,345.05 |
| 10/31/05 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 24.13 | | 47,369.18 |
| 11/30/05 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 23.36 | | 47,392.54 |
| 12/30/05 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 24.14 | | 47,416.68 |
| 01/31/06 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 24.17 | | 47,440.85 |
| 02/28/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 33.79 | | 47,474.64 |
| 03/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.32 | | 47,514.96 |
| 04/28/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.05 | | 47,554.01 |
| * 05/29/06 | 000102 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | | 2300-003 | | 35.67 | 47,518.34 |
| * 05/29/06 | 000102 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | VOID Wrong Amount. | 2300-003 | | -35.67 | 47,554.01 |
| 05/30/06 | 000103 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | Bond Premium | 2300-000 | | 38.70 | 47,515.31 |
| 05/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.39 | | 47,555.70 |
| 06/30/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.09 | | 47,594.79 |
| 07/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.42 | | 47,635.21 |
| 08/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.46 | | 47,675.67 |
| 09/29/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.18 | | 47,714.85 |
| 10/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.53 | | 47,755.38 |
| 11/30/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.25 | | 47,794.63 |
| 12/29/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.58 | | 47,835.21 |

Page Subtotals      826.22      38.70

LFORM24

Ver: 12.10a

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 04-40828 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | JACKSON, KAFILAT A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7004 Money Market |
| Taxpayer ID No: | *******6972 | | | |
| For Period Ending: | 07/17/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.64 | | 47,875.85 |
| 02/28/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.73 | | 47,912.58 |
| 03/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.69 | | 47,953.27 |
| 04/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.42 | | 47,992.69 |
| 05/08/07 | 000104 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 45.84 | 47,946.85 |
| 05/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.74 | | 47,987.59 |
| 06/29/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.44 | | 48,027.03 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 110,000.00 | COLUMN TOTALS | 55,611.57 | 7,584.54 | 48,027.03 |
| Memo Allocation Disbursements: | 55,460.95 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 55,611.57 | 7,584.54 | |
| Memo Allocation Net: | 54,539.05 | Less: Payments to Debtors | | 7,500.00 | |
| | | Net | 55,611.57 | 84.54 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 110,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 55,460.95 | Money Market - ********7004 | 55,611.57 | 84.54 | 48,027.03 |
| Total Memo Allocation Net: | 54,539.05 | | 55,611.57 | 84.54 | 48,027.03 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    237.66    45.84

Ver: 12.10a

LFORM24

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JACKSON, KAFILAT A | ) | CASE NO. 04 B 40828 |
| | ) | |
| Debtor(s) | ) | HON. PAMELA S. HOLLIS |

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $18,369.46 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $29,657.57 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $48,027.03 |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $18,369.46 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Phillip D. Levey, Trustee Compensation | $8,416.13 | $8,416.13 |
|  | Phillip D. Levey, Trustee Expenses | $73.33 | $73.33 |
|  | Phillip D. Levey, Attorney for Trustee Fees | $9,880.00 | $9,880.00 |
|  | **CLASS TOTALS** | **$18,369.46** | **$18,369.46** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 100,188.69 | 37.09 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000003 | American Express Bank, FSB | $2,281.73 | $730.08 |
| 000002 | American Express Centurion Bank | $5,105.77 | $1,633.69 |
| 000005 | American Express Travel Related Service | $4,862.72 | $1,555.92 |
| 000004 | American Express Travel Related Service | $8,386.47 | $2,683.42 |
| 000001 | Asset Acceptance LLC | $15,517.06 | $4,964.99 |
| 000011 | Citibank (USA) NA | $3,644.49 | $1,166.12 |
| 000008 | GE Money Bank | $2,704.59 | $865.39 |
| 000007 | MBNA America Bank | $27,583.72 | $8,825.96 |
| 000006 | MBNA America Bank | $22,160.33 | $7,090.63 |
| 000009 | SMC | $441.81 | $141.37 |
| 000010 | Abiodun Shekoni | $7,500.00 | $0.00 |
| | CLASS TOTALS | $100,188.69 | $29,657.57 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 18,429.56 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000012 | Capital One Bank | $16,836.47 | $0.00 |
| 000013 | Capital One Bank | $870.47 | $0.00 |
| 000014 | Capital One Bank | $722.62 | $0.00 |
| | CLASS TOTALS | $18,429.56 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 7-17-07