UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JACKSON, KAFILAT A | ) | CASE NO. 04 B 40828 |
| | ) | |
| Debtor(s) | ) | HON. PAMELA S. HOLLIS |

Social Security/Employer Tax ID Number:   XXX-XX-2724

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   **U.S.BANKRUPTCY COURT, 219 S. DEARBORN ST., ROOM 644, CHICAGO, IL**

    On: **SEPTEMBER 20, 2007**          Time: **10:30 A.M.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $111,072.52 |
    | Disbursements | $63,045.49 |
    | Net Cash Available for Distribution | $48,027.03 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Phillip D. Levey<br>Trustee | $0.00 | $8,416.13 | $73.33 |
    | Phillip D. Levey<br>Attorney For Trustee | $0.00 | $9,880.00 | $0.00 |

5.  Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: None

7. Claims of general unsecured creditors totaling $118,618.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 32.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Asset Acceptance LLC | $15,517.06 | $4,964.99 |
| 2 | American Express Centurion Bank | $5,105.77 | $1,633.69 |
| 3 | American Express Bank, FSB | $2,281.73 | $730.08 |
| 4 | American Express Travel Related Service | $8,386.47 | $2,683.42 |
| 5 | American Express Travel Related Service | $4,862.72 | $1,555.92 |
| 6 | MBNA America Bank | $49,744.05 | $15,916.59 |
| 8 | GE Money Bank | $2,704.59 | $865.39 |
| 9 | SMC | $441.81 | $141.37 |
| 10 | Abiodun Shekoni | $7,500.00 | $0.00 |
| 11 | Citibank (USA) NA | $3,644.49 | $1,166.12 |
| 14 | Capital One Bank | $18,429.56 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| BANK ACCOUNT | $50.00 |
| HOUSEHOLD FURNISHINGS | $600.00 |
| SAVINGS ACCOUNT | $250.00 |
| WEARING APPAREL | $200.00 |
| ACCOUNTS RECEIVABLE | $900.00 |

Dated: **AUGUST 13, 2007**             For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    Phillip D. Levey
Address:    2722 North Racine Avenue
            Chicago, IL  60614
Phone No.:  (773) 348-9682

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: sward                Page 1 of 1              Date Rcvd: Aug 13, 2007
Case: 04-40828                  Form ID: pdf002            Total Served: 36

The following entities were served by first class mail on Aug 15, 2007.
db          +Kafilat A Jackson,    P O Box 408051,    Chicago, IL 60640-8051
aty         +Alice B Shorts,    ABS Legal Services,    3601 North Ashland Avenue,    Chicago, IL 60613-3660
tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
9274869     +Abiodun Shekoni,    828 E 87th Place,    Chicago, IL 60619-6906
8650093     +Alice B. Shorts,    ABS Legal Services,    3601 N Ashland,    Chicago IL 60613-3660
8650074     +American Express,    P O Box 360001,    Ft Lauderdale FL 33336-0001
9077104      American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
9077103      American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
              Malvern, PA 19355-0701
9077437      American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,    P.O. Box 3001,
              Malvern, PA 19355-0701
9077435      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
              P.O. Box 3001,    Malvern, PA 19355-0701
9017586     +Asset Acceptance LLC,    Assignee: Bank One,    PO Box 2036,    Warren, MI 48090-2036
8650083      Assoc. Recovery Sys.,    P O Box 469047,    Escondido CA 92046-9047
8650084      Bank One,   c/o ASSET ACCEPTANCE LLC,    P O Box 909886,    Chicago IL 60690-9886
8650073     +Blatt Hasenmiller,    125 S Wacker #400,    Chicago IL 60606-4440
9655352     +Capital One Bank,    Capital One,    c/o TSYS Debt Management,    POB 5155,
              Norcross, GA 30091-5155
8650080      Capitol One Services,    P O Box 60000,    Seattle WA 98190-6000
8650071     +Citibank,    P O Box 6408,    The Lakes NV 88901-6408
9332810     +Citibank (USA) NA,    POB 182149,    Columbus, OH 43218-2149
8650070      Countrywide Home Loans,    P O Box 660694,    Dallas TX 75266-0694
8650088     +Dillards,    P O Box 52067,    Phoenix AZ 85072-2067
9306727     +Diversified Collections,    333 N Canyons Pkwy #100,    Livermore, CA 94551-9480
9115802     +GE Money Bank,    dba WAL-MART,    25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida 33131-1605
8650091      MBNA,   P O Box 15971,    Wilmington DE 19850-5971
8650090     +MBNA America Bank,    Portfolio Recovery Associates,    P O BOX 41067,    Norfolk, A 23541-1067
8650075     +Marvin Kay, Esq.,    7 Penn Place,    Ny, NY 10001-3967
8650081      OSI Collections Serv.,    P O Box 550720,    Jacksonville FL 32255-0720
8650089      Penn Credit Corp,    P O Box 988,    Harrisburg PA 17108-0988
8650092     +Portfolio Recovery,    P O Box 12914,    Norfolk VA 23541-0914
8650078      RCS Centre Corp,    P O Box 10908,    San Rafael CA 94912-0908
8650079      Risk Mgmt Alternatives,    Portfolio Services LLC,    775 Baymeadows Way #302,
              Jacksonville FL 32256
9127472    ++SMC,   PO BOX 19249,    SUGAR LAND TX 77496-9249
             (address filed with court:   SMC,    C/O Sak's Fifth Avenue,    Po Box 19249,    Sugar Land, TX 77496)
8650087     +Saks 5th Ave.,    PO Box 17157,    Baltimore MD 21297-1157
8650086     +Sears,    P O Box 182149,    Columbus OH 43218-2149
8650076     +U S Bank Seconds,    RCO 98906770,    P O Box 95642,    St Louis MO 63195-0001
8650072     +Unifund CCR,    10635 Techwoods Cir,    Cincinnati OH 45242-2846
8650085      Walmart,    P O Box 530927,    Atlanta GA 30353-0927

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Phillip D Levey   Trustee
br           Stark, and Kmiecik Realtors of Chicago
8650077*    +American Express,    P O Box 360001,    Ft Lauderdale FL 33336-0001
8650082*     Capitol One Services,    P O Box 60000,    Seattle WA 98190-6000
                                                                                               TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2007**                    **Signature:**  _/s/ Joseph Speetjens_