Case 04-40828    Doc 43    Filed 12/10/07    Entered 12/10/07 09:28:03    Desc Main
                                 Document      Page 1 of 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JACKSON, KAFILAT A. | ) | CASE NO. 04 B 40828 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. PAMELA S. HOLLIS |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:  THE HONORABLE PAMELA S. HOLLIS
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: _11-26-07_

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JACKSON, KAFILAT A | ) | CASE NO. 04 B 40828 |
| | ) | |
| Debtor(s) | ) | HON. PAMELA S. HOLLIS |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $8,416.13 |
| 2. | Trustee's expenses | $73.33 |
| | TOTAL | $8,489.46 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $9,880.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

ENTERED
SEP 20 2007
PAMELA S HOLLIS
BANKRUPTCY JUDGE

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JACKSON, KAFILAT A | ) | CASE NO. 04 B 40828 |
| | ) | |
| Debtor(s) | ) | HON. PAMELA S. HOLLIS |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $18,369.46 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $29,759.94 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $48,129.40 |

EXHIBIT D

FINAL DISTRIBUTION

Case Number: 04-40828    PSH                          Page 1                          Date: September 21, 2007
Debtor Name: JACKSON, KAFILAT A

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $48,129.40 |
| | **Claim Type -** | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $8,416.13 *<br>$8,416.13 | $0.00 | $8,416.13 | $8,416.13 | $39,713.27 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $73.33 *<br>$73.33 | $0.00 | $73.33 | $73.33 | $39,639.94 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | **Subtotal For Claim Type** | | | $8,489.46 *<br>$8,489.46 | $0.00 | $8,489.46 | $8,489.46 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $9,880.00 *<br>$9,880.00 | $0.00 | $9,880.00 | $9,880.00 | $29,759.94 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | **Subtotal For Claim Type 3110-00** | | | $9,880.00 *<br>$9,880.00 | $0.00 | $9,880.00 | $9,880.00 | |
| | **Subtotals For Class Administrative 100.00000 %** | | | $18,369.46 *<br>$18,369.46 | $0.00 | $18,369.46 | $18,369.46 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | Asset Acceptance LLC<br>Assignee: Bank One<br>PO Box 2036<br>Warren, MI 48090 | Unsec | 070 | $15,517.06 *<br>$15,517.06 | $0.00 | $15,517.06 | $4,982.13 | $24,777.81 |
| | Percent Paid: 32.10744 % | | | | | | | |
| 000002 | American Express Centurion Bank<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Unsec | 070 | $5,105.77 *<br>$5,105.77 | $0.00 | $5,105.77 | $1,639.33 | $23,138.48 |
| | Percent Paid: 32.10740 % | | | | | | | |
| 000003 | American Express Bank, FSB<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Unsec | 070 | $2,281.73 *<br>$2,281.73 | $0.00 | $2,281.73 | $732.60 | $22,405.88 |
| | Percent Paid: 32.10722 % | | | | | | | |
| 000004 | American Express Travel Related<br>Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee, LLP<br>P.O. Box 3001 | Unsec | 070 | $8,386.47 *<br>$8,386.47 | $0.00 | $8,386.47 | $2,692.68 | $19,713.20 |

| Case Number: 04-40828   PSH | Page 2 | Date: September 21, 2007 |
|---|---|---|
| Debtor Name: JACKSON, KAFILAT A | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| | Malvern, PA 19355-0701 | | | | | | | |
| | | | | Percent Paid: 32.10743 % | | | | |
| 000005 | American Express Travel Related Services Co., Inc.<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Unsec | 070 | $4,862.72 *<br>$4,862.72<br>Percent Paid: 32.10734 % | $0.00 | $4,862.72 | $1,561.29 | $18,151.91 |
| 000006 | MBNA America Bank<br>Portfolio Recovery Associates<br>P O BOX 41067<br>Norfolk, A 23541 | Unsec | 070 | $22,160.33 *<br>$22,160.33<br>Percent Paid: 32.10742 % | $0.00 | $22,160.33 | $7,115.11 | $11,036.80 |
| 000007 | MBNA America Bank<br>Portfolio Recovery Associates<br>P O BOX 41067<br>Norfolk, A 23541 | Unsec | 070 | $27,583.72 *<br>$27,583.72<br>Percent Paid: 32.10742 % | $0.00 | $27,583.72 | $8,856.42 | $2,180.38 |
| 000008 | GE Money Bank<br>dba WAL-MART<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Florida 33131 | Unsec | 070 | $2,704.59 *<br>$2,704.59<br>Percent Paid: 32.10727 % | $0.00 | $2,704.59 | $868.37 | $1,312.01 |
| 000009 | SMC<br>C/O Sak"s Fifth Avenue<br>Po Box 19249<br>Sugar Land, TX 77496 | Unsec | 070 | $441.81 *<br>$441.81<br>Percent Paid: 32.10656 % | $0.00 | $441.81 | $141.85 | $1,170.16 |
| 000011 | Citibank (USA) NA<br>POB 182149<br>Columbus, OH 43218 | Unsec | 070 | $3,644.49 *<br>$3,644.49<br>Percent Paid: 32.10765 % | $0.00 | $3,644.49 | $1,170.16 | $0.00 |
| | Subtotal For Claim Type 7100-00 | | | $92,688.69 *<br>$92,688.69 | $0.00 | $92,688.69 | $29,759.94 | |
| | **Claim Type 7200-00 - Tardy General Unsecured** | | | | | | | |
| 000012 | Capital One Bank<br>Capital One<br>c/o TSYS Debt Management<br>POB 5155 | Unsec | 080 | $16,836.47 *<br>$16,836.47 | $0.00 | $16,836.47 | $0.00 | $0.00 |

| Case Number: 04-40828    PSH | | | Page 3 | | | | Date: September 21, 2007 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: JACKSON, KAFILAT A | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **Claim Type 7200-00 - Tardy General Unsecured** | | | | | | | |
| | Norcross, GA 30091 | | | | | | | |
| | | Percent Paid: 0.00000 % | | | | | | |
| 000013 | Capital One Bank Capital One c/o TSYS Debt Management POB 5155 Norcross, GA 30091 | Unsec | 080 | $870.47 * $870.47 | $0.00 | $870.47 | $0.00 | $0.00 |
| | | Percent Paid: 0.00000 % | | | | | | |
| 000014 | Capital One Bank Capital One c/o TSYS Debt Management POB 5155 Norcross, GA 30091 | Unsec | 080 | $722.62 * $722.62 | $0.00 | $722.62 | $0.00 | $0.00 |
| | | Percent Paid: 0.00000 % | | | | | | |
| | Subtotal For Claim Type 7200-00 | | | $18,429.56 * $18,429.56 | $0.00 | $18,429.56 | $0.00 | |
| | **Claim Type 8100-00 - Debtor Exemptions** | | | | | | | |
| 000010 | Abiodun Shekoni 828 E 87th Place Chicago, IL 60619 | Unsec | 999 | $7,500.00 * $7,500.00 | $7,500.00 | $0.00 | $0.00 | $0.00 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | Subtotal For Claim Type 8100-00 | | | $7,500.00 * $7,500.00 | $7,500.00 | $0.00 | $0.00 | |
| | Subtotals For Class Unsecured | 31.41164 % | | $118,618.25 * $118,618.25 | $7,500.00 | $111,118.25 | $29,759.94 | |
| << Totals >> | | | | $136,987.71 $136,987.71 | $7,500.00 | $129,487.71 | $48,129.40 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 04-40828 -PSH | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | JACKSON, KAFILAT A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7004 Money Market |
| Taxpayer ID No: | *******6972 | | | |
| For Period Ending: | 11/25/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/02/05 | 1 | CHICAGO TITLE COMPANY | SALE OF REAL ESTATE | | 54,539.05 | | 54,539.05 |
| | | CHICAGO TITLE COMPANY | Memo Amount: 110,000.00 SALE OF REAL ESTATE | 1110-000 | | | |
| | | CENTURY 21 KMIECIK | Memo Amount: ( 6,600.00 ) COMMISSION ON SALE OF REAL ESTATE | 3510-000 | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount: ( 794.50 ) Title Insurance Charges | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount: ( 194.00 ) Recording and Transfer Charges | 2500-000 | | | |
| | | LANDMARK ENGINEERING | Memo Amount: ( 270.00 ) Survey | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount: ( 310.00 ) Water Bill | 2500-000 | | | |
| | | DATA PEST CONTROL | Memo Amount: ( 70.00 ) Termite Inspection | 2500-000 | | | |
| | | COUNTRYWIDE HOME LOANS | Memo Amount: ( 34,134.48 ) Mortgage Pay-Off | 4110-000 | | | |
| | | JACKSON, KAFILAT | Memo Amount: ( 7,500.00 ) Homestead Exemption | 8100-002 | | | |
| | | WASHINGTON, SEAN | Memo Amount: ( 3,600.00 ) Buyer Closing Credits | 2500-000 | | | |
| | | CITY OF CHICAGO | Memo Amount: ( 335.86 ) Past Due Water Bill | 2500-000 | | | |
| | | QUICK & FAST PROCESS | Memo Amount: ( 215.00 ) Zoning Certification | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount: ( 1,437.11 ) Real Estate Tax Prorations | 2500-000 | | | |
| 07/21/05 | 000101 | ABIODUN SHEKONI | PAYMENT IN FULL OF CLAIM NO. 10 FILED BY ABIODUN SHEKONI FOR HOMESTEAD. | 8100-002 | | 7,500.00 | 47,039.05 |
| 07/29/05 | 7 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 8.64 | | 47,047.69 |
| | | | Page Subtotals | | 54,547.69 | 7,500.00 | |

LFORM24

Ver: 12.60b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-40828 -PSH | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | JACKSON, KAFILAT A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7004 Money Market |
| Taxpayer ID No: | *******6972 | | | |
| For Period Ending: | 11/25/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/15/05 | 1 | CHICAGO TITLE & TRUST COMPANY | REFUND OF TITLE INDEMNITY RE WATER | 1110-000 | 250.00 | | 47,297.69 |
| 08/31/05 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 24.02 | | 47,321.71 |
| 09/30/05 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 23.34 | | 47,345.05 |
| 10/31/05 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 24.13 | | 47,369.18 |
| 11/30/05 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 23.36 | | 47,392.54 |
| 12/30/05 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 24.14 | | 47,416.68 |
| 01/31/06 | 7 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 24.17 | | 47,440.85 |
| 02/28/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 33.79 | | 47,474.64 |
| 03/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.32 | | 47,514.96 |
| 04/28/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.05 | | 47,554.01 |
| * 05/29/06 | 000102 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | | 2300-003 | | 35.67 | 47,518.34 |
| * 05/29/06 | 000102 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | VOID Wrong Amount. | 2300-003 | | -35.67 | 47,554.01 |
| 05/30/06 | 000103 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | Bond Premium | 2300-000 | | 38.70 | 47,515.31 |
| 05/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.39 | | 47,555.70 |
| 06/30/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.09 | | 47,594.79 |
| 07/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.42 | | 47,635.21 |
| 08/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.46 | | 47,675.67 |
| 09/29/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.18 | | 47,714.85 |
| 10/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.53 | | 47,755.38 |
| 11/30/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.25 | | 47,794.63 |
| 12/29/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.58 | | 47,835.21 |

Page Subtotals      826.22      38.70

LFORM24      Ver: 12.60b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-40828 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | JACKSON, KAFILAT A | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7004 Money Market |
| Taxpayer ID No: | *******6972 | | |
| For Period Ending: | 11/25/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.64 | | 47,875.85 |
| 02/28/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.73 | | 47,912.58 |
| 03/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.69 | | 47,953.27 |
| 04/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.42 | | 47,992.69 |
| 05/08/07 | 000104 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 45.84 | 47,946.85 |
| 05/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.74 | | 47,987.59 |
| 06/29/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.44 | | 48,027.03 |
| 07/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.79 | | 48,067.82 |
| 08/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.82 | | 48,108.64 |
| 09/21/07 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 20.76 | | 48,129.40 |
| 09/21/07 | | Transfer to Acct #*******2478 | Final Posting Transfer | 9999-000 | | 48,129.40 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 110,000.00 | COLUMN TOTALS | 55,713.94 | 55,713.94 | 0.00 |
| Memo Allocation Disbursements: | 55,460.95 | Less: Bank Transfers/CD's | 0.00 | 48,129.40 | |
| | | Subtotal | 55,713.94 | 7,584.54 | |
| Memo Allocation Net: | 54,539.05 | Less: Payments to Debtors | | 7,500.00 | |
| | | Net | 55,713.94 | 84.54 | |

Page Subtotals  340.03  48,175.24

Ver: 12.60b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 04-40828 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | JACKSON, KAFILAT A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6972 | | | |
| For Period Ending: | 11/25/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/21/07 | | Transfer from Acct #*******7004 | Transfer In From MMA Account | 9999-000 | 48,129.40 | | 48,129.40 |
| 09/24/07 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 8,416.13 | 39,713.27 |
| 09/24/07 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 73.33 | 39,639.94 |
| 09/24/07 | 000103 | Phillip D. Levey | | 3110-000 | | 9,880.00 | 29,759.94 |
| 09/24/07 | 000104 | Asset Acceptance LLC<br>Assignee: Bank One<br>PO Box 2036<br>Warren, MI 48090 | Claim 000001, Payment 32.10744% | 7100-000 | | 4,982.13 | 24,777.81 |
| 09/24/07 | 000105 | American Express Centurion Bank<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 32.10740% | 7100-900 | | 1,639.33 | 23,138.48 |
| 09/24/07 | 000106 | American Express Bank, FSB<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 32.10722% | 7100-900 | | 732.60 | 22,405.88 |
| 09/24/07 | 000107 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 32.10743% | 7100-000 | | 2,692.68 | 19,713.20 |
| 09/24/07 | 000108 | American Express Travel Related Services Co., Inc.<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 32.10734% | 7100-900 | | 1,561.29 | 18,151.91 |
| 09/24/07 | 000109 | MBNA America Bank | Claim 000006, Payment 32.10742% | 7100-900 | | 7,115.11 | 11,036.80 |

Page Subtotals    48,129.40    37,092.60

LFORM24

Ver: 12.60b

Case 04-40828   Doc 43   Filed 12/10/07   Entered 12/10/07 09:28:03   Desc Main
Document   Page 11 of 12

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 04-40828 -PSH | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | JACKSON, KAFILAT A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6972 | | | |
| For Period Ending: | 11/25/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/24/07 | 000110 | Portfolio Recovery Associates<br>P O BOX 41067<br>Norfolk, A 23541<br>MBNA America Bank | Claim 000007, Payment 32.10742% | 7100-900 | | 8,856.42 | 2,180.38 |
| 09/24/07 | 000111 | Portfolio Recovery Associates<br>P O BOX 41067<br>Norfolk, A 23541<br>GE Money Bank<br>dba WAL-MART | Claim 000008, Payment 32.10727% | 7100-000 | | 868.37 | 1,312.01 |
| 09/24/07 | 000112 | SMC<br>C/O Sak"s Fifth Avenue<br>Po Box 19249<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Florida 33131<br>Sugar Land, TX 77496 | Claim 000009, Payment 32.10656% | 7100-000 | | 141.85 | 1,170.16 |
| 09/24/07 | 000113 | Citibank (USA) NA<br>POB 182149<br>Columbus, OH 43218 | Claim 000011, Payment 32.10765% | 7100-900 | | 1,170.16 | 0.00 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 48,129.40 | 48,129.40 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 48,129.40 | 0.00 | |
| | | Subtotal | 0.00 | 48,129.40 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 48,129.40 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 110,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 55,460.95 | Money Market - ********7004 | 55,713.94 | 84.54 | 0.00 |
| Total Memo Allocation Net: | 54,539.05 | Checking Account (Non-Interest Earn - ********2478 | 0.00 | 48,129.40 | 0.00 |
| | | | 55,713.94 | 48,213.94 | 0.00 |

Page Subtotals    0.00    11,036.80

LFORM24

Ver: 12.60b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 04-40828 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | JACKSON, KAFILAT A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6972 | | | |
| For Period Ending: | 11/25/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 12.60b

LFORM24